DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AZELLE LAZITRIOUS LANGSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1421

[October 17, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562011CF000607A.

Azelle Lazitrious Langston, Jasper, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***